

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>V.<br>See attachment<br><br>Defendant. | Civil Action No. 20-cv-00363-BEN-WVG<br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The interest of the Giguiere Family Trust, Lindsay Giguiere, Gannon Giguiere and all potential claimants be ordered condemned and forfeited to the United States. In addition, the defendant is hereby condemned and forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(l)(C). Judgment entered on Plaintiff's complaint in favor of the United States of America.

Date:  8/26/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ M. Exler

M. Exler, Deputy