

FILED

SEP 22 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,641,290.10 IN NET PROCEEDS FROM THE SALE OF REAL PROPERTY LOCATED AT 4633 PERHAM ROAD, CORONA DEL MAR, CA 92625<br><br>$44,074.58 IN LIEU OF REAL PROPERTY LOCATED AT 226 VILLA POINT DRIVE, NEWPORT BEACH, CA 92660<br><br>$46,000.00 IN LIEU OF VARIOUS JEWELRY ITEMS,<br><br>$38,072.55 IN LIEU OF 2017 LAND ROVER, VIN SALGS5FE2HA321187,<br><br>Defendants 1-4. | Case No.: 3:20-cv-00363-BEN-WVG<br><br>**AMENDED ORDER:**<br><br>**(1) GRANTING MOTION FOR JUDGMENT AGAINST THE GIGUIERE FAMILY TRUST, LINDSAY GIGUIERE, AND GANNON GIGUIERE; and**<br><br>**(2) GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST ALL POTENTIAL CLAIMANTS**<br><br>**(Doc. No. 9.)** |

This matter came before the Court on *September 14, 2020*, on the Plaintiff Government's motion for an order granting it judgment on its complaint against

the Giguere Family Trust, Lindsay Giguere, and Gannon Giguere. The motion also seeks entry of default judgment against all potential third-party claimants. No written opposition to the motion was filed or otherwise received from anyone. Based upon the Government's motion and upon review of the Court's file in this matter, IT IS HEREBY ORDERED:

    1.    The Government's motion is GRANTED.

    2.    The Court makes the following findings and conclusions:

        a.    On February 28, 2020, a verified Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the defendants,

> $1,641,290.10 IN NET PROCEEDS FROM THE SALE OF REAL PROPERTY LOCATED AT 4633 PERHAM ROAD, CORONA DEL MAR, CA 92625;
>
> $44,074.58 IN LIEU OF REAL PROPERTY LOCATED AT 226 VILLA POINT DRIVE, NEWPORT BEACH, CA 92660;
>
> $46,000.00 IN LIEU OF VARIOUS JEWELRY ITEMS;
>
> $38,072.55 IN LIEU OF 2017 LAND ROVER, VIN SALGS5FE2HA321187.

        b.    The Court finds the facts of the verified complaint to be true and uncontested. Based upon those facts, the defendants are subject to forfeiture pursuant to Title 18, United States Code, Section § 981(a)(1)(C).

        c.    On June 3, 2020, the defendants were seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendants, pursuant to the Court's Order appointing the United States Marshal Service as custodian, dated March 13, 2020.

        d.    On February 28, 2020, the United States filed the Consent to Entry of Judgment which granted the United States immediate judgment against the Defendant properties. Gannon Giguiere represented himself as the sole trustee of the Giguiere

Family Trust, and that he was authorized to enter into the stipulated agreement on behalf of all beneficiaries of the Giguiere Family Trust.

  e. Notice of this civil forfeiture action was posted on an official Government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 4, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. From the time of said notice, no claim or answer has been filed regarding the above-named defendant properties by the Giguiere Family Trust, Lindsay Giguiere, Gannon Giguiere or any other potential claimants.

  f. On June 5, 2020, a Declaration of and Request for Clerk's Entry of Default as to the Giguiere Family Trust, Lindsay Giguiere, Gannon Giguiere and All Potential Claimants was filed in this case. A Clerk's Entry of Default was issued on July 30, 2020 as Document No. 8.

  g. On July 31, 2020, the Government filed its Notice of Motion and Motion for Judgment by Default as to the Giguiere Family Trust, Lindsay Giguiere, Gannon Giguiere and All Potential Claimants.

  h. Plaintiff's verified Complaint sets forth adequate evidence demonstrating the forfeitability of the defendants, and the Giguiere Family Trust, Lindsay Giguiere, Gannon Giguiere and all potential claimants have not adequately come forward to dispute the facts. The Government has demonstrated, by a preponderance of the evidence, that the defendants were properties involved in the violation of Securities Fraud offenses, including Title 15, United States Code, Sections §§ 78j(b), 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5, and is forfeitable pursuant to Title 18, United States Code, Section § 981(a)(1)(C).

3. It is hereby ordered that the interest of the Giguiere Family Trust, Lindsay Giguiere, Gannon Giguiere and all potential claimants be ordered condemned and forfeited to the United States. In addition, the defendant is hereby condemned and forfeited to the United States of America pursuant to Title 18, United States Code,

1  Section § 981(a)(1)(C).  Judgment shall be entered on Plaintiff's complaint in favor of the
2  United States of America.
3       4.     Costs incurred by the United States Marshals Service, and any other
4  Governmental agencies which were incident to the seizure, custody, and storage of the
5  defendant shall be the first charge against the forfeited defendant.

DATED: September 21, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge